### LANDRETH v. STATE.
### No. 25129.

Court of Criminal Appeals of Texas.
Jan. 31, 1951.

———◆———

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The appeal is from a conviction for driving a motor vehicle while intoxicated, with a fine of $150.00.

The record before us contains neither a statement of facts nor bill of exception. The proceedings appear regular and no question is presented for our consideration.

The judgment of the trial court is affirmed.